# LAW OFFICES OF CHEN AND ASSOCIATES, PC

## ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION IN THE STATE OF NEW YORK

**401 Broadway, Suite 409, New York, NY 10013**
**Tel: (212) 965-8686. (212) 965-8661. Fax: (800) 490-0564**

August 14, 2013

**Sent Via Email: sullivannysdchambers@nysd.uscourts.gov**

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



Re:          CAROLINA LOPEZ and MARIBEL REAL  v. BLUE WHITE
             LAUNDROMAT INC., (d/b/a BLUE WHITE LAUNDROMAT), AND
             DONDY ZHANG
             1:13-cv-01366

Dear Judge Sullivan:

        We represent the Defendants in the above referenced case and submit this letter to extend
time for depositions. The original discovery deadline is August 15, 2013. We are requesting to
extend the deadline to September 6, 2013. No previous application for the relief herein prayed
for has been made. The attorney for the Plaintiffs consents the extension.

Respectfully Submitted,

Yimin Chen

CC:
Michael Faillace, Esq.
60 East 42nd Street, Suite 2020
New York, New York 10165

```
The parties' request is granted.  IT IS HEREBY
ORDERED THAT the parties shall complete discovery
by September 6, 2013 and submit any pre-motion
letters by that date.  IT IS FURTHER ORDERED THAT
the parties shall appear for a post-discovery/pre-
motion conference on Monday, October 7, 2013 at
2:30 p.m. in Courtroom 905 at the Thurgood
Marshall Courthouse.
```

SO ORDERED
Dated: 8/15/13          RICHARD J. SULLIVAN
                             U.S.D.J.