# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620
_____

michael@faillacelaw.com

September 26, 2013

**Sent Via  ECF**

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Blue and White Laundromat--RJS  v. Lopez et al
           1:13-cv-01366

Dear Judge Sullivan:

We represent the Plaintiffs in the above referenced matter and write to respectfully request that a post-discovery conference be held with Your Honor.

Originally, the parties were scheduled to have this conference on September 4th, at 11:00 (ECF No. 10) but due to an extension to discovery that your Honor granted (ECF No. 13), the conference did not occur.  The parties have completed discovery and therefore it is appropriate to hold this conference at a time and date convenient to the Court.

We thank the court for its attention to this matter.

Respectfully Submitted,

_____/s/_____

Michael Faillace

Enclosure

CC:
Yimin Chen
Yimin Chen & Associates, PC
401 Broadway
Suite 409
New York, NY 10013

*Certified as a minority-owned business in the State of New York*

Page 2

(212) 965-8686
Fax : (800) 490-0564
Email: chenattorney@yahoo.com