# Michael Faillace & Associates, P.C.
## Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

michael@faillacelaw.com

**MEMO ENDORSED**

September 26, 2013

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9-27-13

**Sent Via ECF**

Honorable Richard J. Sullivan  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: Blue and White Laundromat--RJS v. Lopez et al  
   1:13-cv-01366

Dear Judge Sullivan:

We represent the Plaintiffs in the above referenced matter and write to respectfully request that a post-discovery conference be held with Your Honor.

Originally, the parties were scheduled to have this conference on September 4th, at 11:00 (ECF No. 10) but due to an extension to discovery that your Honor granted (ECF No. 13), the conference did not occur. The parties have completed discovery and therefore it is appropriate to hold this conference at a time and date convenient to the Court.

We thank the court for its attention to this matter.

Respectfully Submitted,

_____/s/_____

Michael Faillace

Enclosure

CC:  
Yimin Chen  
Yimin Chen & Associates, PC  
401 Broadway  
Suite 409  
New York, NY 10013

*Certified as a minority-owned business in the State of New York*

Page 2

(212) 965-8686
Fax : (800) 490-0564
Email: chenattorney@yahoo.com

As set forth in the Court's Order, dated August 15, 2013 (Doc. No. 13), the parties shall appear for a post-discovery conference on Monday, October 7, 2013 at 2:30 p.m. in Courtroom 905 at the Thurgood Marshall Courthouse.

SO ORDERED
Dated: 9/27/13

RICHARD J. SULLIVAN
U.S.D.J.